People *v.* Sanders. Appeal from Recorder's Court of Detroit, John R. Murphy, J. Submitted Division 1 October 12, 1971, at Lansing. (Docket No. 12227.) Decided November 30, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before: McGregor, P. J., and Bronson and Danhof, JJ.

Memorandum Opinion. Defendant pleaded guilty to assault with intent to rob being armed and appeals. A motion to affirm has been filed by the people.

After an examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

· Motion to affirm is granted.